IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MICHELLE DUNN | § | |
| | § | |
| VS. | § | ACTION NO. 4:26-CV-477-Y |
| | § | |
| GENERAL MOTORS LLC, ET AL. | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

The Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendations of the United States magistrate judge filed on October 20, 2026 (doc. 45); and

3. Plaintiff's "Legal Narrative and Proffer of Evidence" filed on November 2, 2026 (doc. 46), which the Court construes to be her objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge.

In her objections, Plaintiff asserts numerous matters that were not alleged in her amended complaint, many of which appear to be largely irrelevant to the specific issues that were actually pending before the magistrate judge. In any event, after de novo review, this Court concludes that the magistrate judge's decision should be and hereby is ADOPTED as the decision of this Court. Plaintiff failed to plausibly allege in her amended complaint facts suggesting that she signed the settlement agreement with Defendant under the type of duress that might invalidate that agreement. Defendant's motion to dismiss (doc. 30) is therefore GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE to their refiling.

SIGNED November 13, 2025.

Terry R. Means

Terry R. Means
United States District Judge


TRM/chr